IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MONIR EL FARRA**                                                                                       **PLAINTIFF**

**v.**                                        **4:08-CV-03607-WRW**

**MICHAEL MUKASEY, ATTORNEY GENERAL,**                                **DEFENDANTS**
**UNITED STATES DEPARTMENT OF JUSTICE,** *et al.*

<u>**ORDER**</u>

Pending is Plaintiff's Motion To Dismiss Complaint For A Writ Of Mandamus (Doc. No. 2) in which Plaintiff explains that this case is now moot. Plaintiff's Motion is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of January, 2009.


/s/ Wm. R. Wilson, Jr
UNITED STATES DISTRICT JUDGE