**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MONIR EL FARRA**                                                               **PLAINTIFF**

**v.**                            **4:08-CV-03607-WRW**

**MICHAEL MUKASEY, ATTORNEY GENERAL,**          **DEFENDANTS**
**UNITED STATES DEPARTMENT OF JUSTICE,** *et al.*

**JUDGMENT**

Based on an Order entered this date granting Plaintiff's Motion to Dismiss Complaint, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of January, 2009.

/s/ Wm. R. Wilson, Jr
UNITED STATES DISTRICT JUDGE